# Exhibit "C"



# Jeff Andrews

**Posts**  About  Friends 1496  More ▼                    Add Friend   💬 Message   •••

### Do you know Jeff?
To see what he shares with friends, send him a friend request.   Add Friend

**Posts**                                                    ☐ Filters

**Jeff Andrews**
December 30, 2021 at 10:42 AM · 🌐

The Mississippi flag has been changed.  You are still using the old flag the many considers racist symbol.





**AT&T Smart Home Manager**
Use Smart Home Manager to manage your AT&T internet, Wi-Fi ne...

Like   Comment   Share

Write a comment...

**Jeff Andrews**
December 27, 2021 at 10:37 AM ·

Resume Video

Get quote
Allstate.com

ALLSTATE.COM
We're driving down costs                    Get quote

**Allstate**
December 8, 2021 ·
The protection you need with low rates you want.

Like   Comment   Share







## Intro

sales at **Allstate**

Went to Meridian High School

Lives in **Meridian, Mississippi**

From **Meridian, Mississippi**

## Photos                                    See all photos



## Friends                                   See all friends



     



# Jeff Andrews

Posts | **About** | Friends 1497 | More ▼ | Add Friend | Message | •••

## About

*Overview*

Work and education

Places lived

Contact and basic info

Family and relationships

Details About Jeff

Life events

 sales at **Allstate**

 Went to Meridian High School





