```
               UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

ALLSTATE INSURANCE COMPANY                              PLAINTIFF

VS.                        CIVIL ACTION NO. 3:22-cv-25-TSL-RPM

JEFFERY REGAN ANDREWS                                   DEFENDANT

## FINAL JUDGMENT

As this court has previously entered default judgment in favor of Allstate Insurance Company (Allstate) against defendant Jeffery Regan Andrews as to liability on Allstate's Verified Complaint for Injunctive and Other Relief, and as Allstate has now voluntarily dismissed its previously outstanding claim for damages against defendant Andrews, it is hereby ordered and adjudged that Andrews and his agents, representatives, servants, employees, and all those acting in concert or participation with him, are permanently enjoined and restrained

(1) from continuing to operate his former Allstate agency;

(2) from representing himself as an Allstate agent;

(3) from using in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, goods or services, that involve Allstate;

(4) from using Allstate telephone numbers;

(5) from using Allstate service marks and trade names.

It is further ordered and adjudged that Andrews shall immediately return to Allstate all confidential information and property in his possession, custody, or control, and shall transfer to Allstate all Allstate telephone numbers used by Andrews while affiliated with Allstate.

SO ORDERED AND ADJUDGED this 16th day of May, 2022.

                                              /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE